# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

MILLENNIUM IP, INC. and
MILLENNIUM MEDIA, INC.,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Civil Action No.: 1:21-cv-04214

Judge Rebecca R. Pallmeyer

Magistrate Judge Maria Valdez

## PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED IN SCHEDULE A

Plaintiffs hereby move this Honorable Court for entry of Default and Default Judgment against the Defendants Identified in Schedule A.

Plaintiffs file herewith a Memorandum of Law in support.

DATED: October 7, 2021

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois, 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFFS***

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 7, 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Trevor Short and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

              /s/ *Keith A. Vogt*
              Keith A. Vogt, Esq.